AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>FREDERICK LEO HUNSAKER<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  MJ-25-504-CMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 24, 2025_____ in the county of _____Oklahoma County_____ in the
_____Western_____ District of _____Oklahoma_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of 400 grams or more of Fentanyl with Intent to Distribute |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Epp, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __August 25, 2025__

_____
*Judge's signature*

City and state: ____Oklahoma City, Oklahoma____

CHRIS M. STEPHENS, U.S. Magistrate Judge
*Printed name and title*

WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA  )

## A F F I D A V I T

I, SA Jeremy Epp, Special Agent of the Drug Enforcement Administration (DEA), being duly sworn, depose and state as follows:

1.    I am "an investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses from 18 U.S.C. § 2516. I have been employed by the DEA since August 2018. After successfully completing the DEA Basic Agent Academy, I was assigned to the DEA Oklahoma City District Office.

2.    Through my training and experience, I have become familiar with the methods and operation of drug distributors, including their common organizational structures, use of violence, methods of distributing, storing, and transporting drugs, and methods of collecting and laundering drug proceeds.

3.    During my career, I have received training and conducted investigations related to illicit drugs and the distribution of illicit drugs in violation of 21 U.S.C. §§ 841(a)(1), 843(b), 846, and others.  I have participated in many

aspects of drug investigations, including but not limited to, surveillance, search warrants, arrests, reviewing recorded conversations and drug records, and debriefing defendants, informants, and witnesses who have personal knowledge about major narcotic-trafficking organizations.

4.    I have had conversations with and been in the company of other experienced local, state, and federal law enforcement officers as well as prosecuting attorneys representing both state and federal systems concerning narcotics and dangerous drug trafficking activities and criminal violations. I also worked in the company of other experienced law enforcement officers and have discussed their investigative techniques and experiences with them. In the course of investigations, which I have been party to, I have become familiar with the clandestine business practices of drug traffickers and illicit drug traffickers.

5.    I have been involved in numerous narcotic investigations on the state and federal level which have resulted in apprehension of persons on narcotic and narcotic related charges during my career in law enforcement.

6.    Based upon the following facts, I believe that probable cause exists to show that **Frederick Leo HUNSAKER** possessed four hundred (400) grams or more of fentanyl with the intent to distribute in violation of 21 U.S.C. § 841(a)(1). Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not

included each and every known fact regarding the instant investigation.

## PROBABLE CAUSE

7.    Since July 2025, DEA Oklahoma City has been investigating Frederick HUNSAKER and suspected he was a kilogram level fentanyl distributor in the Oklahoma City. area. During the investigation, DEA Oklahoma City located HUNSAKER's residence at 5029 NW 47th Street, Warr Acres, Oklahoma.

8.    On August 24, 2025, DEA Oklahoma City was notified by Warr Acres Police Department that they encountered HUNSAKER after receiving a suspicious person call around 6:45 a.m. in the 5000 block of NW47th Street, Warr Acres, Oklahoma. Officers were informed that the suspicious vehicle had been parked in the area for approximately forty-five (45) minutes, occupied by a single individual. Warr Acres dispatch was able to provide the description of the suspicious vehicle, which was a blue two (2) door Pontiac with a Kansas Temporary License Plate.

9.    Warr Acres Officers arrived in the area of the suspicious vehicle and located it in the 4700 block of N. Stanley Avenue, Warr Acres, Oklahoma. This location is within the Western District of Oklahoma. Officers noted the vehicle was facing directly at 5029 NW

3

47th Street, HUNSAKER's residence. As Officers approached the suspicious vehicle, they observed drug paraphernalia including a torch lighter and a glass smoking pipe, in plain view, in the lap of the individual, later identified as HUNSAKER. HUNSAKER appeared to be asleep and or unconscious and officers then contacted HUNSAKER and attempted to wake him up.

10.   Once   HUNSAKER   was   awake,   officers   observed HUNSAKER attempt to hide the drug paraphernalia that had been seen in his lap. Officers asked HUNSAKER what he was doing, and he informed them he was watching his residence.

11.   Warr Acres detained HUNSAKER, because of the drug paraphernalia in plain view and conducted a probable cause search of the blue Pontiac that HUNSAKER was asleep in. During the search, officers located a fanny pack that was laying between HUNSAKER and the center console, which had multiple small zip lock baggies containing white and yellow rocklike substances which were suspected to be fentanyl or methamphetamine. Officers also advised they located one smaller and one larger white bricklike substance inside of a clear plastic bag in the trunk, along with a safe with a digital keypad. These larger bricklike substances field tested positive for fentanyl and weighed approximately 1,516.6 grams, which is a distribution quantity

4

of fentanyl. Located in the safe was a brown rocklike substance which was suspected to be heroin, and a significant amount of U.S. currency which is still being counted and verified. The brown rocklike substance was field tested positive for the presence of heroin. A presumptive field test was conducted on the yellow and white rocklike substance from the fanny pack next to HUNSAKER, which also tested positive for primarily fentanyl.

12.    HUNSAKER was arrested by Warr Acres Police Department and transported to the Warr Acres Police Department pending further investigation. Warr Acres Police Department obtained a signed search warrant for HUNSAKER's residence located at 5029 NW 47th Street, Warr Acres, Oklahoma where Warr Acres Police Department and DEA located a small amount of heroin.

13.    After the search warrant, DEA Oklahoma City arrested HUNSAKER for Possession with Intent to Distribute four hundred (400) grams or more of fentanyl and he was transported to the Logan County Jail for processing. During booking at Logan County jail an additional large amount of U.S. currency, approximately $20,000, was located in HUNSAKER's pants. DEA Oklahoma City seized the currency.

## CONCLUSION

14.    Based on these facts, I believe that probable cause exists to show that **Frederick Leo HUNSAKER** possessed four hundred (400) grams or more of fentanyl with intent to distribute in violation of Title 21, United States Code, Section 841(a)(1).

Jeremy Epp
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on this 25th day of August, 2025.

CHRIS M. STEPHENS
United States Magistrate Judge

6